UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Charlz W. Strong,<br><br>    Plaintiff,<br><br>v.<br><br>Jon Shafer, Mary Aitkens and<br>Jim Zawacki,<br><br>    Defendants. | Civil 08-225 JMR/FLN<br><br><br>O R D E R |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 9, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE.

DATED: August 4, 2008.                  s/James M. Rosenbaum
at Minneapolis, Minnesota         JUDGE JAMES M. ROSENBAUM
                                                   United States District Court